UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MUHAMMAD ZAHID CHAUDHRY,<br><br>　　　　　　Petitioner,<br>　v.<br><br>PAMELA BONDI,<br><br>　　　　　　Respondent. | CASE NO. 2:25-cv-02339-DGE-MLP<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR SANCTIONS (DKT. NO. 38) |

　　　　This matter comes before the Court on Petitioner's motion for sanctions (Dkt. No. 38). Petitioner expresses frustration that he has only received one of five documents submitted by Respondents in their response. (*Id.*)

　　　　The Court grants Petitioner until Friday, December 19, 2025, at 5:00 p.m. to file his traverse. The Court will not presently extend a deadline for Petitioner's traverse beyond this date because a hearing is set for Monday, December 22, 2025 at 10:00 a.m. Should Petitioner require additional time to file his traverse beyond December 19, 2025, Petitioner may inform the Court. In such event, the Court notes the hearing on this matter must be delayed.

ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR SANCTIONS (DKT. NO. 38) - 1

Accordingly, the Court ORDERS Petitioner's motion for sanctions (Dkt. No. 38) is GRANTED in part and DENIED in part. Petitioner may file his traverse no later than **December 19, 2025.** If the Court deems it necessary, it will ask the Parties at a future date to argue Petitioner's request for sanctions.

Counsel for Respondents **SHALL** transmit a copy of this Order to the Warden of NWIPC with instructions to transmit a copy to Petitioner as soon as practicable. Counsel for Respondents shall file confirmation they complied with this Order.

Dated this 11th day of December, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR SANCTIONS (DKT. NO. 38) - 2