# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MUHAMMAD ZAHID CHAUDHRY,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>PAMELA BONDI,<br><br>　　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02339-DGE-MLP |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the petition for writ of habeas corpus. (Dkt. No. 28.) The Court ORDERS Respondents to release Petitioner from custody, and further, ORDERS that, absent an order from the Ninth Circuit lifting the stay of removal, Petitioner may not be re-detained until after he is provided written notice of the basis for revoking his release along with an appropriate opportunity to respond to notice. Within TWENTY-FOUR (24) hours of this order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

　　Dated December 22, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　 s/Michael Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk