UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MUHAMMAD ZAHID CHAUDHRY,<br><br>                    Petitioner,<br>     v.<br><br>PAMELA BONDI,<br><br>                    Respondent. | CASE NO. 2:25-cv-02339-DGE-MLP<br><br>ORDER DENYING PETITIONER'S MOTION TO ENFORCE AND CLARIFY THE COURT'S ORDER GRANTING RELIEF (DKT. NO. 50) |

This matter comes before the Court on Petitioner's motion to enforce and clarify the Court's order granting habeas relief. (Dkt. No. 50.) Petitioner sought Court intervention regarding an Order of Supervision (Form I-220B) Respondents required him to sign prior to his release from detention. (*Id*.) Respondents[1] responded that they have withdrawn Petitioner's Order of Supervision. (Dkt. No. 53.)

Accordingly, the Court ORDERS that Petitioner's motion to enforce and clarify the Court's order granting habeas relief (Dkt. No. 50) is DENIED as MOOT. The Court further

---

[1] Respondents do not include Bruce Scott.

ORDER DENYING PETITIONER'S MOTION TO ENFORCE AND CLARIFY THE COURT'S ORDER GRANTING RELIEF (DKT. NO. 50) - 1

1    ORDERS that, absent an order from the Ninth Circuit lifting the stay of removal, Petitioner

2    SHALL remain on release under the same conditions he was under immediately prior to his

3    August 21, 2025 detention.

4

5        Dated this 24th day of December, 2025.

                                                        David G. Estudillo
                                                        United States District Judge